```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
EDWARD PERSON,
                                                                    JUDGMENT

                        Plaintiff,                                  19-CV-03556 (AMD) (LB)
        v.

RADIO CITY PRODUCTIONS LLC, et al.,

                        Defendants.
----------------------------------------------------------------X
```

A Memorandum, Decision, and Order of the Honorable Ann M. Donnelly, United States District Judge, having been filed on November 30, 2020, granting Radio City's motion to dismiss the claims against it; and dismissing all claims asserted against individual defendants Mr. Wayne Little and Ms. Martin-Dee; it is

ORDERED and ADJUDGED that Radio City's motion to dismiss the claims against it is granted; that all claims asserted against individual defendants Mr. Wayne Little and Ms. Martin-Dee are dismissed.

Dated: Brooklyn, NY                                     Douglas C. Palmer
      December 1, 2020                           Clerk of Court

                                                                    By: */s/Jalitza Poveda*
                                                                      Deputy Clerk